**QUILL & ARROW LLP**
Kevin Y. Jacobson (SBN 320532)
kjacobon@quillarrowlaw.com
10900 Wilshire Boulevard, Suite 300
Los Angeles, CA 90024

Attorneys for Plaintiffs,
**CHRISTINA CAMILLE RUIZ and FERNANDO CHRISTIAN GARIBAY**

**THETA LAW FIRM, LLP**
Soheyl Tahsildoost (Bar No. 271294)
Mehgan Gallagher (Bar No. 338699)
eservice@thetafirm.com
15901 Hawthorne Blvd., Ste 270
Lawndale, CA 90260

Attorneys for Defendant,
**MERCEDES-BENZ USA, LLC**

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTINA CAMILLE RUIZ, an individual, and FERNANDO CHRISTIAN GARIBAY, an individual,<br><br>Plaintiffs,<br><br>vs.<br><br>MERCEDES-BENZ USA, LLC, a Delaware Limited Liability Company, and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No: 2:22-cv-02277-JLS-AGR<br><br>**JOINT NOTICE OF SETTLEMENT**<br><br>Judge: Hon. Josephine L. Staton |

**TO THE COURT, ALL PARTIES, AND THEIR ATTORNEY OF RECORD:**

PLEASE TAKE NOTICE that Plaintiffs, CHRISTINA CAMILLE RUIZ and FERNANDO CHRISTIAN GARIBAY, and Defendant, MERCEDES-BENZ USA, LLC, (the "Parties"), jointly write to advise this Court that they have settled this matter. The Parties request that the Court vacate any upcoming hearings and deadlines while performance of the settlement terms is pending. Once all terms of the settlement are completed and payment is received by Plaintiffs, the Parties shall file an executed Stipulation of Dismissal of the entire action with prejudice. The Parties expect to file the dismissal papers within 60 days.

Dated: June 28, 2022         **QUILL & ARROW, LLP**

By: _____
Kevin Y. Jacobson, Esq.
Attorneys for Plaintiffs,
**CHRISTINA CAMILLE RUIZ and FERNANDO CHRISTIAN GARIBAY**

Dated: June 28, 2022         **THETA LAW FIRM, LLP**

By: _____
Mehgan Gallagher, Esq.
Soheyl Tahsildoost, Esq.
Attorneys for Defendant,
**MERCEDES-BENZ USA, LLC**