**QUILL & ARROW, LLP**
Kevin Y. Jacobson (SBN 320532)
kjacobson@quillarrowlaw.com
Gregory Sogoyan (SBN 316832)
gsogoyan@quillarrowlaw.com
10900 Wilshire Blvd., Suite 300
Los Angeles, CA 90024
Telephone: (310) 933-4271
Facsimile: (310) 889-0645

Attorney for Plaintiffs,
**CHRISTINA CAMILLE RUIZ and FERNANDO CHRISTIAN GARIBAY**

**THETA LAW FIRM, LLP**
Soheyl Tahsildoost (SBN 271294)
st@thetafirm.com
Mehgan Gallagher (SBN 338699)
mg@thetafirm.com
15901 Hawthorne Blvd., Ste. 270
Lawndale, CA 90260
Telephone: (424) 297-3103

Attorneys for Defendant,
**MERCEDES-BENZ USA, LLC**

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTINA CAMILLE RUIZ, an individual, and FERNANDO CHRISTIAN GARIBAY, an individual, <br><br> Plaintiffs, <br> vs. <br><br> MERCEDES-BENZ USA, LLC, a Delaware Limited Liability Company, <br><br> Defendants. | Case No.: 2:22-cv-02277-JLS-AGR <br><br> *Assigned to the Hon. Josephine L. Staton* <br><br> **STIPULATION AND [PROPOSED] ORDER OF DISMISSAL** |

# STIPULATION

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), IT IS HEREBY STIPULATED, by and between Plaintiffs, CHRISTINA CAMILLE RUIZ and FERNANDO CHRISTIAN GARIBAY, and Defendant, MERCEDES-BENZ USA, LLC, by and through their respective counsel of record, that the entire above-captioned action be dismissed with prejudice in accordance with the terms of the written settlement agreement entered into between the parties.

Dated: August 3, 2022        **THETA LAW FIRM, LLP**

By: /s/ Mehgan Gallagher
Soheyl Tahsildoost, Esq.
Mehgan Gallagher, Esq.
Attorneys for Defendant,
**MERCEDES-BENZ USA, LLC**

Dated: August 3, 2022        **QUILL & ARROW, LLP**

By: *(signature)*
Kevin Y. Jacobson, Esq.
Attorney for Plaintiffs,
**CHRISTINA CAMILLE RUIZ**
**FERNANDO CHRISTIAN GARIBAY**